

The following constitutes
the order of the court. Signed October 11, 2012

Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>COMMUNITY TOWERS I, LLC,<br>COMMUNITY TOWERS II, LLC,<br>COMMUNITY TOWERS III, LLC,<br>COMMUNITY TOWERS IV, LLC,<br>                    Debtors. | Case No. 11-58944-SLJ<br>Case No. 11-58945-SLJ<br>Case No. 11-58948-SLJ<br>Case No. 11-58949-SLJ<br>Cases Jointly Administered<br>Chapter 11 |

**ORDER RE: OBJECTION TO PROOFS OF CLAIM Nos. 4, 5, 6 AND 7**

On October 5, 2012, Debtors filed an Objection to Proofs of Claim Nos. 4, 5, 6 and 7 ("Objection to Claim") which were filed by creditor CIBC, Inc. ("CIBC"). The Objection to Claim has a caption showing a hearing date for October 15-16, 2012, but it is not accompanied by a notice of hearing.

The hearing currently set for October 15-16, 2012, pertains to the confirmation of Debtors' chapter 11 plan. It is not a hearing on an objection to a claim. A hearing on an objection to claim requires 30 days notice absent an order shortening time. Fed.R.Bankr.Proc. 3007(a). The Objection to Claim will not be heard at this time.

The court appreciates that CIBC objects to confirmation of Debtors' plans on grounds of feasibility. The parties argue in their briefs about the proper amount of CIBC's claim and its bearing on feasibility. The court will certainly consider the CIBC claim in the context of feasibility but that will not result in a final ruling on the allowability of CIBC's claim. Rather, it arises solely in the context of feasibility and plan confirmation.

IT IS SO ORDERED.

\* \* \* \*  **END OF ORDER** \* \* \* \*

Court Service List [by mail and ECF]

[ECF Notifications Only]