JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

WILLIAM L. CONTI (113759)
LAW OFFICES OF WILLIAM L. CONTI
100 E San Marcos Blvd #404
San Marcos, CA 92069
Telephone: (760) 510-5917
Facsimile: (760) 560-3643

Litigation Counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>**COMMUNITY TOWERS I, LLC,**<br>A Delaware Limited Liability Company,<br>Employer Tax I.D. No. 75-2456729,<br><br>**COMMUNITY TOWERS II, LLC,**<br>A Delaware Limited Liability Company,<br>Employer Tax I.D. No. 75-2560662,<br><br>**COMMUNITY TOWERS III, LLC,**<br>A Delaware Limited Liability Company,<br>Employer Tax I.D. No. 32-0065635,<br><br>**COMMUNITY TOWERS IV, LLC,**<br>A Delaware Limited Liability Company,<br>Employer Tax I.D. No. 77-0379075,<br><br>Debtor(s).<br><br>111 W. Saint John Street, Suite 705<br>San Jose, California 95113 | Cases Jointly Administered<br><br>Case No. 11-58944-SLJ-11<br><br><br><br>Case No. 11-58945-SLJ-11<br><br><br><br>Case No. 11-58948-SLJ-11<br><br><br><br>Case No. 11-58949-SLJ-11<br><br>Chapter 11<br><br>Date: August 21, 2013<br>Time: 2:00 p.m.<br>Place: United States Bankruptcy Court<br>280 S. First Street, Room 3099<br>San Jose, CA 95113<br>Judge: Honorable Stephen L. Johnson |

**NOTICE OF HEARING ON MOTION TO EXTEND DATE FOR TERMINATION OF AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that a hearing will be held on **August 21, 2013 at 2:00 p.m.**, at the United States Bankruptcy Court, 280 S. First Street, Room 3099, San Jose, CA 95113, before the Honorable Stephen L. Johnson, United States Bankruptcy Judge, to consider the MOTION TO EXTEND DATE FOR TERMINATION OF AUTOMATIC STAY (the "Motion") filed by Community Towers I, LLC, Community Towers II, LLC, Community Towers III, LLC and Community Towers IV, LLC, the debtors and debtors in possession herein (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Motion requests that the Court enter an Order extending the expiration date of the automatic stay previously set by the Court for September 1, 2013, to December 31, 2013. The Motion is based on this Notice, on the Motion itself and on the DECLARATION OF JOHN L. FEECE IN SUPPORT OF MOTION TO EXTEND DATE FOR TERMINATION OF AUTOMATIC STAY, the DECLARATION OF DONN BYRNE IN SUPPORT OF MOTION TO EXTEND DATE FOR TERMINATION OF AUTOMATIC STAY, the DECLARATION OF DOUG FEECE IN SUPPORT OF MOTION TO EXTEND DATE FOR TERMINATION OF AUTOMATIC STAY, and the DECLARATION OF ERIC MOGENSEN IN SUPPORT OF MOTION TO EXTEND DATE FOR TERMINATION OF AUTOMATIC STAY, all of which are filed concurrently herewith. As set forth in the Motion, the Debtors believe that conditions and their business operations have evolved so that they are now able to propose and likely confirm a plan for their reorganization. Accordingly, they respectfully request an extension of the date on which the automatic stay will terminate in order to allow them additional time to seek confirmation of the Amended Plan[1], or to obtain financing or a sale of the property to satisfy the secured claim of CIBC.

**PLEASE TAKE FURTHER NOTICE** that Rule 9014-1(b)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of California ("B.L.R.") prescribes the procedures to be followed in this matter. Pursuant to B.L.R. 9014-1(c)(1), oppositions to the Motion, if any, must be filed and served at least 14 days prior to the actual scheduled hearing date, or **August 7, 2013**. Service should be made on: (a) counsel for the Debtors, John Walshe Murray and Robert A. Franklin, Dorsey & Whitney LLP, 305 Lytton Avenue, Palo Alto, CA 94301, and Law Offices Of William L. Conti, William L. Conti, 100 E San Marcos Blvd #404, San Marcos,

---

[1] Terms not separately defined herein shall have the meaning ascribed to them in the Motion.

1 CA 92069; (b) the Office of the United States Trustee, Attn: John Wesolowski, 280 South First
2 Street, Room 268, San Jose, CA 95113; and (c) counsel for secured creditor CIBC, Inc., Adam A.
3 Lewis, Morrison & Foerster LLP, 425 Market St., San Francisco, CA 94105.

   Creditors and parties in interest who desire copies of the Motion may contact Thomas T. Hwang of Dorsey & Whitney LLP, 305 Lytton Avenue, Palo Alto, CA 94301, Tel. No. (650) 857-1717; email: hwang.thomas@dorsey.com.

**LAW OFFICES OF WILLIAM L. CONTI**

and,

**DORSEY & WHITNEY LLP**

Dated: July 23, 2013

By: */s/ Thomas H. Hwang*
　　　Thomas H. Hwang
　　　Attorneys for Debtors